AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 20-MJ-7086
A cellular telephone as further described in Attachment A )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Central     District of     Illinois
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and specifically incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, which is attached hereto and specifically incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    June 28, 2020    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Eric I. Long     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    6/15/2020; 11:51 a.m.          [signature redacted]
*Judge's signature*

City and state:    Urbana, IL          Eric I. Long, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 20-MJ-7086 | Date and time warrant executed: 6/23/2020 1330 hrs | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: Items described in Attachment B including those detailed in the attached "Report of Examination" dated July 6, 2020. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/14/2020

<span style="text-align:right">_____
Executing officer's signature

Andrew M. Huckabet, Special Agent, FBI
Printed name and title</span>

Betts-000321

## ATTACHMENT A

The property to be searched is a black and silver iPhone, model A1586, IMEI: 356149090494571, cellular telephone in a green protective case (the "Device"). The Device is currently located at the FBI Champaign Resident Agency located at 2117 W. Park Court, Champaign, IL 61821 in a secure evidence storage room. This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

Betts-000322

## ATTACHMENT B

1.  All records on the Device described in Attachment A that relate to violations of 18 U.S.C. § 2101 (Inciting a Riot) and involve BETTS since May 25, 2020, to the present, including:

    a.  Any information, including any internet and/or social media posting, text message, voicemail, phone log, photograph, video, and/or web browsing history, related to rioting and/or looting;

    b.  Any information related to other individuals, groups, or organizations involved in -- or aiding and abetting -- inciting, organizing, promoting, encouraging, participating in, or carrying on a riot, or committing any act of violence in furtherance of a riot, including but not limited to, contact information, telephone numbers, email accounts,

    c.  Any information recording BETTS's location, schedule, or travel.

2.  Evidence of user attribution showing who used or owned the Device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3.  Records evidencing the use of the Device to communicate with any social media websites, including but not limited to, Facebook and/or Facebook Live, including:

    a.  records of Internet Protocol addresses used;

16

Betts-000323

b.  records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

c.  any data that was sent and received showing how the electronic device was used.

4.  As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage and any photographic form.

5.  This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

Betts-000324



**Federal Bureau of Investigation**
**Digital Evidence Laboratory**

Robert R. Hardesty Building
900 East Linton Avenue
Springfield, Illinois 62703

## REPORT OF EXAMINATION

| | | | |
|---|---|---|---|
| **To:** | Springfield Division | **Date:** | July 6, 2020 |
| | Champaign RA | **Case ID:** | ████████5 |
| | SA Andrew M. Huckstadt | **Request No.:** | ████ |

**Request Date:** Service Requests dated June 24, 2020

**Ref. No.:** ████████2

**Title:** Shamar N. Betts; Civil Unrest

**Date item(s) received:** June 24, 2020

### Item(s) Submitted:

1B4   One (1) Apple iPhone, time zone : Central, device name: Shams's iPhone, iOS, MSISDN: not available, IMEI # 356149090494571, serial # FFNWFZZ5HXR5, model # A1586, with an approximate capacity of 16 GB, containing one (1) Sprint nano-SIM, ICCID # 89011201000617171127, IMSI # 310120161717112. The iCloud account for 1B4 is: ███████B@icloud.com. The 1B4 device is locked with a PIN of 0000. The smartphone will be identified as 1B4 and the nano-SIM will be identified as 1B4_1. MDUS # 15581. 1B4 E5595867

### Summary:

SA Andrew M. Huckstadt requested the evidentiary item(s) be processed and examined as follows:

1) Process the extracted data from the evidentiary item.
2) Provide the recovered data for Agent review.

SA Andrew M. Huckstadt will advise if additional assistance is needed.

### Details of Examination:

Data contained in the specimen(s) were examined in accordance with SA Andrew M. Huckstadt's request. The extraction and/or recovered data from the specimen(s) are accessible on the forensic network for Agent review.

The full extraction of the 1B4 specimen was parsed using Cellebrite Physical Analyzer. The parsed data may be viewed within the Cellebrite Reader case R:\Work\Report-1B4\Apple iOS Full File system\CellebriteReader.exe. The 1B4 specimen was last backed up to iCloud on 06/05/2020 01:43:45 (UTC-5). The TextNow application was utilized on the device with the phone number ▓▓▓▓▓▓▓, and configured to utilize the username of shamarbetts436, with the display name Shamar Betts. The app had previously assigned the user the following number which was received via text: ▓▓▓▓▓▓▓ will be released and reassigned soon due to inactivity. To keep your number, call or send a message to any of your contacts. 05/17/2020 01:54:46(UTC-5)." The email address of ▓▓▓▓▓▓3@icloud.com was utilized on the 1B4 iPhone. This account was actively attached to a Facebook account in June of 2020.

The user of 1B4, who repeatedly identified himself as Shamar Betts to others via messaging apps, searched Google using the Safari web browser (Safari/History.db) for the following phrases several times: "can police find your location by logging in messenger", "shamar betts", "riot charge", "can police track your facebook", "what are charges for starting a riot", "riot invites", "riots", "mall", "black power fist." The user of 1B4 also setup a Google Alert on June 3, 2020 at 02:49:16 local for the name: "Shamar Betts." These entries were bookmarked within Physical Analyzer for review.

The user of 1B4 also visited a webpage with the title: "Former Urbana Park District Employee incites riots at MarketPlace Mall – – Illinois Leaks" at URL "https://edgarcountywatchdogs.com/2020/05/former-urbana-park-district-employee-incites-riots/". He also visited multiple news websites pertaining to the unrest in the Champaign area, such as: "Sunday roundup: 8:30 p.m. curfew announced; police investigating source of social media prompt | Courts-police-fire | news-gazette.com" at the URL "https://www.news-gazette.com/news/local/courts-police-fire/update-8-30-p-m-curfew-announced-police-investigating-source-of-social-media-prompt/article_ea915121-e2b8-5f9c-8912-3ef30c00b1ae.html."

Two videos that were taken on the 1B4 iPhone appear to have been created at the scene of looting: IMG_0370.MOV and IMG_0341.MOV. In video IMG_0370.MOV, the user of 1B4 appears to state he started the event taking place which appears to be looting. These videos were created on May 31, 2020 at approximately 15:16 in the afternoon. In the IMG_0341.MOV video, the user of 1B4 clearly shows his face and states, "We out here in this bitch. My shit went up" during the looting activities.

The following conversation was obtained from the 1B4 specimen facebook messenger sent to ▓▓▓▓▓▓▓:

Timestamp: 05/31/2020 15:59:08(UTC+0)



Page 2 of 5

Betts-000326

Source App: Facebook Messenger
Body: Wassup nigga I'm started this mf riot wish yo ass was here

Timestamp: 05/31/2020 21:37:18(UTC+0)
Source App: Facebook Messenger
Body: Got this bitch bussing

In another conversation the user of 1B4 addresses a user that identifies herself as ▓▓▓▓▓

From: ▓▓▓▓B@icloud.com Shams Town (owner) Timestamp: 06/02/2020 05:54:44(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com
Body: Yea I know a lot of people do. I'm okay I had to leave & getaway until stuff dies down

From: +▓▓▓▓▓ Timestamp: 06/02/2020 05:54:58(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com
Body: That's understandable

From: ▓▓▓▓B@icloud.com Shams Town (owner) Timestamp: 06/02/2020 05:54:59(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com
Body: I honestly didn't expect it to turn into what it did

From: ▓▓▓▓B@icloud.com Shams Town (owner) Timestamp: 06/02/2020 05:55:12(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com
Body: I appreciate you checking up on me tho

From: ▓▓▓▓▓ Timestamp: 06/02/2020 05:55:29(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com
Body: I mean when you put "riot" you should've know things like that would've happen. But I'm not blaming you or anything. And ofc

From: ▓▓▓▓B@icloud.com Shams Town (owner) Timestamp: 06/02/2020 05:59:07(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com
Body: I'm most def the blame 🤷‍♂️

From: ▓▓▓▓▓ Timestamp: 06/02/2020 05:59:24(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com
Body: Don't say that

From: ▓▓▓▓B@icloud.com Shams Town (owner) Timestamp: 06/02/2020 06:04:33(UTC+0) Source App: iMessage: ▓▓▓▓B@icloud.com

Body: Obviously I am . I feel like all the articles & stuff was unnecessary & even tho I made that post I didn't start the idea of it it's a movement in multiple states & cities as close as Chicago

In another conversation the user of 1B4 asks ███████@icloud.com about attending his riot:

From: ███████@icloud.com Shams Town (owner) Timestamp: 05/31/2020 16:54:38(UTC+0) Source App: iMessage: ███████@icloud.com
Body: You sliding to my riot

From: ███████@icloud.com Timestamp: 05/31/2020 18:34:45(UTC+0) Source App: iMessage: ███████@icloud.com
Body: What riot?

From: ███████@icloud.com Timestamp: 06/02/2020 04:44:47(UTC+0) Source App: iMessage: ███████@icloud.com
Body: Hey , you okay?

From: ███████@icloud.com Shams Town (owner) Timestamp: 06/02/2020 04:45:28(UTC+0) Source App: iMessage: ███████@icloud.com
Body: Yea I'm good had to bail out lmaooo

From: ███████@icloud.com Timestamp: 06/02/2020 04:47:23(UTC+0) Source App: iMessage: ███████@icloud.com
Body: Why☹

From: ███████@icloud.com Shams Town (owner) Timestamp: 06/02/2020 05:36:55(UTC+0) Source App: ███████@icloud.com
Body: Shit got too hot

In another conversation the user of 1B4 states he left the area to avoid warrants:

From: ███████ Timestamp: 06/02/2020 07:11:34 Source App: Instagram Body: I'm finna go look 😊 ain't no warrant been issued out for you ?

From: ███████(owner) Timestamp: 06/02/2020 07:14:31 Source App: Instagram Body: Hell naw

From: ███████(owner) Timestamp: 06/02/2020 07:14:48 Source App: Instagram Body: I left that bitch just in case

The user of 1B4 later researches Peco Foods, visiting their website describing employment and locations on June 2, 2020. The user also searches for Peco hourly salaries on June 3, 2020.

The UFED Physical Analyzer was utilized to create a report of 1B4 and 1B4_1 in the following locations on the forensic network for review:

R:\Work\Report-1B4\Apple iOS Full File system\CellebriteReader.exe.
R:\Work\Report-1B4_1\Logical\ CellebriteReader.exe.

**Derivative Evidence/Copies:**

DESI1  One (1) master archive BD-DL containing the MDUS full extraction and recovered data from the 1B4 specimen. Prepared for transfer to Evidence Control for retention.

**Disposition of Items:**

Original evidence will be retained in Evidence Control. DESI1 was entered into Evidence Control as a new 1B item, and will be retained in Evidence Control.

Examiner: _____
William V. O'Sullivan

Springfield Division
Computer Analysis Response Team



Page 5 of 5